UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY;
LABORERS METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

    Plaintiffs,

v.                                                    Case No. 09-10528
                                                      HON. ROBERT H. CLELAND

CELL-CRETE, INC., a domestic Michigan corporation,
and ANTHONY V. LUPI,  individually, and d/b/a CELL-CRETE, INC.

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS'
MOTION FOR ALTERNATIVE SERVICE**

       Based upon Plaintiffs' Motion for Alternative Service, with Brief and Affidavit filed in support thereof,

       IT IS HEREBY ORDERED THAT

       Plaintiffs' Motion for Alternative Service is hereby  Granted, and Plaintiffs shall be permitted to obtain service on defendants Cell-Crete, Inc., and Anthony V. Lupi, individually and d/b/a Cell-Crete, Inc., by (A) posting a copy of the Order Granting Plaintiffs' Motion for Alternative Service, Summons and Complaint on the front door of the (1) defendant's registered office located at 324 E. Shore, Whitmore Lake, Michigan 48189, and (2) defendant's agent's home address (as

stated in the motion), and (B) by mailing a copy of said documents by regular mail to defendant at the same two addresses.

                                  S/Robert H. Cleland
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated:  April 8, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 8, 2009, by electronic and/or ordinary mail.

                                  S/Lisa Wagner
                                  Case Manager and Deputy Clerk
                                  (313) 234-5522